FILED'10 JUL 8 8:20USDC-ORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JOHN LOUIS ZOLKOSKE,

    Petitioner,

v.

DON MILLS,

    Respondent.

Civ. No. 09-114-CL

**ORDER**

**PANNER, District Judge:**

    Magistrate Judge Mark D. Clarke filed a Report and Recommendation, and the matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). When either party objects to any portion of a Magistrate Judge's Report and Recommendation, the district court must make a de novo determination of that portion of the Magistrate Judge's report. 28 U.S.C. § 636(b)(1)(C); McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc., 656 F. 2d 1309, 1313 (9th Cir. 1981).

    Here, petitioner objects to the Report and Recommendation. I

1 - ORDER

have, therefore, given this matter de novo review. I agree with the Report and Recommendation that petitioner has failed to show that his attorney's failure to object to the upward departure at sentencing was ineffective assistance of counsel.

## CONCLUSION

Magistrate Judge Clarke's Report and Recommendation (#29) is adopted. The petition for writ of habeas corpus (#1) is dismissed. Because petitioner has not made a substantial showing of the denial of a constitutional right, a certificate of appealability is denied. See 28 U.S.C. § 2253(2).

IT IS SO ORDERED.

DATED this ___7___ day of July, 2010.

*[signature]*

OWEN M. PANNER
U.S. DISTRICT JUDGE

2 - ORDER